IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | |
|---|---|
| TIMOTHY LEROY WILSON,     )<br>                                                      )<br>           Plaintiff,              )<br>                                                      )<br>vs.                                              )     Case No. 1:13-cv-02223-TLW<br>                                                      )<br>COMMISSIONER OF SOCIAL    )<br>SECURITY ADMINISTRATION,   )<br>                                                      )<br>           Defendant.           )<br>_____ ) | |

**ORDER**

      Plaintiff Timothy Leroy Wilson brought this action pursuant to 42 U.S.C. § 405(g), to obtain judicial review of the Commissioner of the Social Security Administration's ("Defendant") final decision denying his claim for disability insurance benefits. This matter is before the Court for review of the Report and Recommendation ("the Report") filed by United States Magistrate Shiva V. Hodges, to whom this case was assigned pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02(B)(2)(a), (D.S.C.). In the Report, the Magistrate Judge recommends that this Court affirm Defendant's decision. (Doc. #33). Plaintiff's objections to the Report were due by on December 4, 2014. Plaintiff has filed no objections, and this matter is ripe for disposition.

      The Court is charged with conducting a <u>de novo</u> review of any portion of the Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained therein. 28 U.S.C. § 636. However, in the absence of objections to the Report, the Court is not required to give any explanation for adopting the Magistrate Judge's recommendation. See <u>Camby v. Davis</u>, 718 F.2d 198, 200 (4th Cir. 1983). In such a

case, "a district court need not conduct a <u>de novo</u> review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" <u>Diamond v. Colonial Life & Accident Ins. Co.</u>, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note).  Furthermore, a party's failure to file specific written objections to the Report waives the right to appellate review of that claim.  <u>See id.</u> at 315-16.

The Court has carefully reviewed the Report in accordance with this standard and concludes that it accurately summarizes the case and the applicable law.  Accordingly, it is hereby **ORDERED** that the Report and Recommendation is **ACCEPTED**.  (Doc. #33).  For the reasons articulated by the Magistrate Judge, the Commissioner's decision is **AFFIRMED**.

**IT IS SO ORDERED**.

*s/ Terry L. Wooten*
Terry L. Wooten
Chief United States District Judge

December 12, 2014
Columbia, South Carolina